JAP:RMT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M10-1456

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SALVATORE DI BARTOLO,

                    Defendant.

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDAVIT IN
SUPPORT OF ARREST WARRANT

(T. 18, U.S.C. § 505)

- - - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

      BRYAN TREBELHORN, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

      Upon information and belief, on or about August 13, 2010, within the Eastern District of New York, the defendant SALVATORE DI BARTOLO did knowingly forge the signature of a United States District Court Judge for the purpose of authenticating a document before said Court.

      (Title 18, United States Code, Section 505.)

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to establish only probable cause to arrest, I have not set forth a description of all the facts and circumstances of which I am aware.

1. On or about November 8, 2010, chambers for the Honorable Raymond J. Dearie, Chief United States District Court Judge in the United States District Court for the Eastern District of New York, received a court document styled "Amended Partial ORDER" (the "forged order").

2. The forged order, dated August 13, 2010, was captioned Salvatore Di Bartolo v. State of New York et al., 02 CV 805, and included numerous instructions, including that (1) $10 million be awarded to the defendant SALVATORE DI BARTOLO, and (2) an "expense account" be created, from which BARTOLO would be paid "t[h]ree million dollars yearly salary."

3. The forged order bore an original signature in blue ink under the words, "Hon. Raymond Dearie, U.S.D.J." However, upon examining the signature, Chief Judge Dearie confirmed that the signature was not his and that the forged order had been signed without his authorization.

4. The forged order received by Chief Judge Dearie's chambers was accompanied by a handwritten note that stated, in its entirety, "I took the law into my own hand sir. Thank you."

5. During the course of this investigation, it has been determined that copies of the forged order were received by Aqueduct Racetrack, in Queens, New York, as well as Daniel B. Whalen, the Superintendent of Buildings for Mineola, New York.

6. I also have determined that docket number 02 CV 805 corresponds to the case, <u>Salvatore Di Bartolo v. City of New York</u>, which was filed in the Eastern District of New York on February 6, 2002. The complaint in that matter was dismissed by order of the Honorable Frederic Block on December 16, 2002 for lack of jurisdiction.

7. On or about December 8, 2010, Deputy Marshals from United States Marshal Service traveled to the residence of the defendant SALVATORE DI BARTOLO in Queens, New York. During the consensual interview that followed, the defendant stated, in sum and substance, that he had signed the forged order.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant SALVATORE DI BARTOLO so that he may be dealt with according to law.

Bryan Trebelhorn
Special Agent
Federal Bureau of Investigation

Sworn to before me this
8th day of December, 2010

ge