*U.S. Department of Justice*



*United States Attorney
Eastern District of New York*

DCW
F.#2010R02465

*271 Cadman Plaza East
Brooklyn, New York  11201*

March 18, 2011

**BY U.S. MAIL AND ECF**

Florien Miedel, Esq.
111 Broadway
Suite 1401
New York, NY 10006

      Re:  United States v. Salvatore Di Bartolo
           Criminal Docket No. 11-072 (JG)

Dear Mr. Miedel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes supplemental discovery with respect to the above-referenced matter.  This production consists of documents Bates numbered 023-353.  The government renews its request for reciprocal discovery.

1.   Statements of the Defendant

      Enclosed are copies of documents that contain statements made by and/or reflecting pedigree information provided by the defendant, including various documents that the defendant signed, contain his photograph and/or upon which the defendant placed his fingerprint, including but not limited to various court filings made by the defendant and emails sent by the defendant (Bates numbers 023-353).

If you have any questions or further requests, please do not hesitate to contact me.

>Very truly yours,
>
>LORETTA E. LYNCH
>United States Attorney
>Eastern District of New York
>
>By:    /s/
>David C. Woll, Jr.
>Assistant U.S. Attorney
>(718) 254-6241

Enclosures

CC:  Clerk of Court (JG) (w/o enclosures)