Criminal Calendar – Status Conference.

Before: Judge John Gleeson, U.S.D.J.

Date: 2 | 1 | 2012                          Time: 10:30 Am - 11:00 Am.

DOCKET NUMBER: 11 CR 72    CASE NAME: USA v. DiBartolo

DEFENDANT'S NAME: / Salvatore DiBartolo/
        ✓ Present ____ Not Present ____ In Custody ✓ Bail

DEFENSE COUNSEL: Florian Miedel
Darren LaVerne for/ ____ Legal Aid ✓ CJA ____ Retained
AUSA: Michael P. Canty           Deputy Clerk: Ilene Lee

INTERPRETER: _____ (Language) _____

COURT REPORTER: Tony Mancuso.

✓ Case called for:

____ Arraignment:

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

_____ Status Conference:

✓ Order of Speedy Trial entered. Code Type XT Start 2|1|2012 Stop 2|29|2012.

____ Status conference set for_____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

_____ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to
    reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

_____ Defendant failed to appear, bench warrant issued.

OTHERS:

-The defendant is still in ongoing mental health treatment.

-The next Status Conference is set for February 29, 2012 at 10:30 Am.