

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

UAD
F.#2010R2465

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 30, 2012

**BY ECF**

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Salvatore Di Bartolo
          Criminal Docket No. 11-072 (JG)

Dear Judge Gleeson:

    The government writes to request an adjournment of the status conference in this matter, which is scheduled for May 5, 2012 at 11 a.m.  The government is considering a possible disposition in this case and needs additional time to finalize negotiations with the defendant.  The defendant has no objection to this request.  The parties respectfully request that the status conference be adjourned for approximately thirty days.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

              By:        /s/
                        Una A. Dean
                        Assistant U.S. Attorney
                        (718) 254-6473

cc:  Clerk of Court (JG) (by ECF)
    Florian Miedel, Esq. (by ECF)